UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br>v.<br>JOHN ORTEGA and KEITH ALCOS,<br><br>                         Defendants. | Case No. 2:13-cr-00352-GMN-PAL<br><br>ORDER<br><br>(Mot. Suppress – Dkt. #34)<br>(Mot. Suppress – Dkt. #35) |
|---|---|

Before the court is Defendants John Ortega and Keith Alcos' Motions to Suppress (Dkt. ##34, 35) filed April 25, 2014. The parties stipulated to an extension for the government to respond to the motions, indicating they were attempting to negotiate this case, which would result in withdrawal of the motion. Defendants pled guilty on August 4, 2014, but no withdrawal has been filed. Accordingly,

**IT IS ORDERED** that the Motions to Suppress (Dkt. ##34, 35) are deemed **WITHDRAWN.**

DATED this 25th day of August, 2014.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1