

```
               FILED            RECEIVED
               ENTERED          SERVED ON
                     COUNSEL/PARTIES OF RECORD

                        NOV 2 5 2014

                     CLERK US DISTRICT COURT
                       DISTRICT OF NEVADA
              BY:                           DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
                          )
    Plaintiff,            )
                          )
v.                        )   2:13-CR-352-GMN-(PAL)
                          )
JOHN ORTEGA,              )
                          )
    Defendant.            )

## FINAL ORDER OF FORFEITURE

On August 4, 2014, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853(a)(1) and (a)(2); and Title 18, United States Code, Section 982(a)(1) based upon the plea of guilty by defendant JOHN ORTGEA to the criminal offenses, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which defendant JOHN ORTEGA pled guilty. Criminal Indictment, ECF No. 6; Change of Plea, ECF No. 48; Preliminary Order of Forfeiture, ECF No. 53; Plea Agreement, ECF No. 54.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively

. . .



1 from August 9, 2014, through September 7, 2014, notifying all potential third parties of their right to
2 petition the Court. Notice of Filing Proof of Publication, ECF No. 56.

3     This Court finds no petition was filed herein by or on behalf of any person or entity and the
4 time for filing such petitions and claims has expired.

5     This Court finds no petitions are pending with regard to the assets named herein and the time
6 for presenting such petitions has expired.

7     THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
8 title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
9 United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
10 32.2(c)(2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United
11 States Code, Section 2461(c); Title 21, United States Code, Section 881(a)(11) and Title 28, United
12 States Code, Section 2461(c); Title 21, United States Code, Section 853(a)(1) and (a)(2); Title 18,
13 United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(n)(7) and shall
14 be disposed of according to law:

15     1. a 9mm, Smith & Wesson pistol, model SW9VE, with an unknown serial number;
16     2. any and all ammunition; and
17     3. $44,302.00 in United States Currency.

18     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds,
19 including but not limited to, currency, currency equivalents, certificates of deposit, as well as any
20 income derived as a result of the United States of America's management of any property forfeited
21 herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

22     The Clerk is hereby directed to send copies of this Order to all counsel of record and three
23 certified copies to the United States Attorney's Office.

24     DATED this 25 day of November, 2014.

25
26     _____
    UNITED STATES DISTRICT JUDGE

2